**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                          **2:06CR158**

**JONATHAN SIDNEY MOORE,**

        **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

      Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to two counts of possession with intent to distribute marijuana (Counts 1 and 4), and one count of possession of a firearm in furtherance of a drug-trafficking crime (Count 2), in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 924(c)(1).  Defendant is also charged with one count of possession of a firearm in furtherance of a drug-trafficking crime (Count 5), and two counts of possession of firearms and ammunition by a person previously convicted of a felony (Counts 3 and 6), in violation of 18 U.S.C. §§ 924(c)(1), and 922(g)(1).  Defendant understands that these charges will be dismissed upon acceptance of his guilty pleas, and the United States confirmed defendant's understanding.

      On February 21, 2007, defendant appeared before the Court for the purpose of entering his guilty pleas.  He was represented by appointed counsel, Keith Kimball, Esquire.  Defendant was appropriate in appearance, responsive, and competently prepared for the hearing.  He answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his

position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending preparation of a pre-sentence report.

Defendant is twenty-three years of age, graduated from high school and started college, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty pleas pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                   **/s/**
                                        **James E. Bradberry**
                                    **United States Magistrate Judge**

**Norfolk, Virginia**
   **February 23**   , **2007**

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Keith L. Kimball, Esquire
    Federal Public Defender's Office
    Town Point Center, Ste. 403
    150 Boush Street
    Norfolk, VA  23510

    Andrew M. Robbins, Esquire
    Special Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510

                                Fernando Galindo, Acting Clerk

                              By _____
                                       Deputy Clerk

                              _____, 2007